IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-00930LM

DEBORAH A. QUINTANA, formerly known as Deborah A. Molina,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on May 28, 2015, by the Honorable Kristen L. Mix, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the decision of the Commissioner that Plaintiff is not disabled is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Court's opinion.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Deborah A. Quintana, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

    DATED at Denver, Colorado this 28th day of May, 2015.

    FOR THE COURT:

    Jeffrey Colwell, Clerk of Court

By s/ L. Galera
   L. Galera
   Courtroom Deputy