IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00930-KLM

DEBORAH A. QUINTANA, formerly known as Deborah A. Molina,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#28] ("Plaintiff's Motion") and on the parties' joint **Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act** [#29] (the "Joint Motion"). While Plaintiff's Motion was pending, and before Defendant filed a Response, the parties reached an agreement as to the amount of attorney fees to be awarded Plaintiff. Accordingly,

    IT IS HEREBY **ORDERED** that the Joint Motion [#29] is **GRANTED**. Plaintiff is awarded $5,200.00 in attorney's fees and expenses from Defendant pursuant to the Equal Access to Justice Act ("EAJA"). Payment of this amount constitutes a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1).

    IT IS FURTHER **ORDERED** that Plaintiff's Motion [#28] is **DENIED as moot**.

    Dated: September 9, 2015